AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court

## For The District of Columbia

**UNITED STATES OF AMERICA**

V.

Phillip Davis
DOB: 11/4/1963
PDID: 395-091

**CRIMINAL COMPLAINT**

CASE NUMBER:

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief.  On or about __September 17, 2007__ in __Washington, D.C.__ county, in the _____ District of __Columbia__ defendant(s) did, (Track Statutory Language of Offense)

by force and violence, and by intimidation, take and attempt to take, from the person and presence of another, money belonging to, and in the care, custody, control, management, and possession of, any bank, credit union, and any savings and loan association

in violation of Title __18__ United States Code, Section(s) __2113(a)__.

I further state that I am __Aaron Haass, Special Agent with the Federal Bureau of Investigation__, and that this complaint is based on the following facts:

**See Attached Affidavit**

Continued on the attached sheet and made a part hereof:   ☒ Yes   ☐ No

AUSA, Angela Schmidt   (202) 514-7273
Sworn to before me and subscribed in my presence,

Signature of Complainant
Aaron Haass, Special Agent
Federal Bureau of Investigation

_____
Date

at   __Washington, D.C.__
City and State

_____
Name & Title of Judicial Officer

_____
Signature of Judicial Officer

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

<u>**AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT AND
ARREST WARRANT**</u>

I, Aaron B. Haass, Special Agent with the Federal Bureau of Investigation, Washington Field Office, Washington, D.C. (hereinafter affiant), being duly sworn, depose and state as follows:

1. I am a Special Agent with the Federal Bureau of Investigation and have been so for approximately eight months. I am currently assigned to the Bank Robbery Squad in Washington, D.C., and have been so since July 2007. I have participated in numerous robbery investigations and several search warrants.

2. This affidavit is submitted in support of an arrest warrant for **PHILLIP DAVIS**, date of birth November 4, 1963, for Bank Robbery, in violation of 18 U.S.C. 2113(a).

3. The facts and information contained in this affidavit are based upon my personal knowledge and the investigation and observations of other officers and agents involved in the investigation. All observations referenced below that were not personally made by me were related to me by the persons who made such observations. This affidavit contains information necessary to support probable cause for this application. It is not intended to include each and every fact and matter observed by me or known to the government. The facts and circumstances of the offense and subsequent identification of the suspect are listed below:

4. On September 17, 2007, at approximately 1:20 p.m., a black male attempted to rob the PNC Bank located at 6196 Oxon Hill Road, Oxon Hill, Maryland, a federally insured financial institution. The robber approached a teller and passed a note written on a sheet of

2

paper which stated "Do not panic. Follow my orders! No red dye packet. $2,500! No one gets hurts." The teller was working on a different station and had to go to another station to get the money. The robber, who appeared restless because of the amount of time it was taking the teller to gather the money, walked out the bank without obtaining any money. Eyewitnesses described the robber as a black male, in his late 30's to early 40's, between approximately 5'7" and 5'8", and weighing approximately 150 lbs. Clear photographs of the robber were obtained from the bank surveillance cameras which show the robber wearing a light-colored baseball cap with dark-colored writing on the front, a polo-type shirt with light and dark vertical stripes, and light-colored pants. The robber also was carrying a dark colored backpack.

     6. Approximately an hour later, at 2:16 p.m., a black male attempted to rob the Wachovia Bank located at 1300 Connecticut Ave., N.W., Washington, D.C., a federally insured financial institution. The robber approached a teller and handed the teller an ATM envelope with a deposit slip inside. The teller asked the robber whether he had cash and checks for deposit. The robber asked, "Do you copy?" The teller then noticed that the deposit slip had the words "Turn over" written in red ink. The teller did not turn over the deposit slip, though the teller did notice that there was writing on the back of it. The teller handed the envelope and deposit slip back to the robber and asked him to wait. The teller then walked to a manager and told the manager that she had a note passer. The teller and manager walked back to the teller station, and the robber asked the teller "Where's the deposit slip? Did you do it?" The teller again asked the robber if had cash and checks for deposit. The robber repeated, "Did you do it?" After a slight pause, the robber walked out the bank without obtaining any money. Eyewitnesses described the robber as a black male, 30 to in his 40's, 5'8" tall, light complexion with pock marks on his cheeks, slim to

3

medium build, short hair and possibly a mustache. Photographs of the robber were obtained from the bank surveillance cameras which show the robber wearing clothing that appears to be identical to that worn by the robber at the PNC Bank in Oxon Hill, Maryland an hour earlier. The robber was not carrying a backpack at the Wachovia Bank.

      7. Approximately forty minutes later, at 2:55 p.m., a black male robbed the PNC Bank located at 650 Pennsylvania Avenue, S.E., Washington, D.C., a federally insured financial institution. The robber approached a teller and handed the teller a PNC ATM envelope. The teller opened the envelope and found a deposit slip inside with handwriting on the back written in red ink. The note said, "Give me $2000. Stay calm. Relax. Nobody will get hurt." When the teller hesitated after reading the note, the robber said, "Stay calm" and motioned as if he had a gun on his hip. The teller gave the robber $2000 in strapped $100 bills. The robber then motioned for the teller to return the PNC envelope and demand note. The teller complied, after which the robber said, "Have a good day" and left the bank. Eyewitnesses described the robber as a black male, between 35 and his 50's, light complexion, 5'6" to 5'8", 150 to 160 pounds, short hair, with some facial hair. Photographs of the robber were obtained from the bank surveillance cameras which show the robber wearing a cap and shirt that appear to be identical to that worn by the robber at the PNC Bank in Oxon Hill, Maryland and the Wachovia Bank earlier that day. The robber was not carrying a backpack at this PNC Bank.

      8. At the PNC Bank in Washington, D.C., a second black male entered and left the bank with the robber and also stood very close to the robber for a period of time while he was at the teller station. The surveillance photographs depict this man as wearing a white t-shirt, dark-colored zip up jacket with writing on the front, and a light-colored baseball cap worn backwards.

4

An individual who appears similar in height, weight and facial features and who appears to be wearing identical clothing also was present inside the bank during the robbery of the PNC Bank in Oxon Hill, Maryland.

9.  The surveillance photographs from the Oxon Hill, Maryland PNC Bank robbery were posted on an internet website titled "bankbandits.org."  On September 28, 2007, an individual who has known the defendant for a lengthy period of time contacted investigators and indicated that the individual in the surveillance photographs was **PHILLIP DAVIS**.

10.  Investigators obtained a driver's license photograph of **PHILLIP DAVIS**. According to the information on the license, **PHILLIP DAVIS** is 43 years old and 5'8" tall. **DAVIS'**s appearance in the photograph is similar in build, complexion, and facial characteristics to the appearance of the robber depicted in the bank surveillance photographs on September 17, 2007.

11.  On October 4, 2007, a photo spread identification procedure was conducted with the teller who was robbed at the PNC Bank in Oxon Hill, Maryland on September 17, 2007.  A photo array consisting of six photographs of individuals of similar appearance was provided to the teller for review. The teller identified the photograph depicting **PHILLIP DAVIS** and stated that she was very confident that he was the bank robber.

12.  On October 5, 2007, a photo spread identification procedure was conducted with the teller who was robbed at the PNC Bank in Washington, D.C. on September 17, 2007.  A photo array consisting of six photographs of individuals of similar appearance was provided to the teller for review.  The teller without hesitation identified the photograph depicting **PHILLIP**

5

**DAVIS** as the person who robbed her.[1]

13. Based on the foregoing, there is probable cause to believe that the defendant, **PHILLIP DAVIS**, did unlawfully, knowingly and intentionally, rob the PNC Bank located at 650 Pennsylvania Avenue, S.E., Washington, DC, on September 17, 2007, in violation of 18 U.S.C. 2113(a).

_____
Aaron B. Haass, Special Agent
Federal Bureau of Investigation

Sworn and subscribed to before me this _____day of October, 2007

_____
United States Magistrate Judge
District of Columbia

---

[1] Photo spread identification procedures also were conducted with the teller at the Wachovia Bank and with a bank employee who was present during the robbery of the PNC Bank in Washington D.C. The Wachovia Bank teller identified an individual other than **PHILLIP DAVIS** and stated that her level of certainty was 6 on a scale of 1 to 10. The PNC Bank employee was unable to identify anyone in the array. During the course of the investigation, FBI agents also received tips from various law enforcement sources that the bank surveillance photographs depicted individuals other than **PHILLIP DAVIS**. After comparing known photographs of those individuals with the bank surveillance photographs, the agents discounted those tips.