UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term

Grand Jury Sworn in on November 3, 2006

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO: |
| | : | |
| v. | : | MAGISTRATE NO. 07-0491M-01 (CR) |
| | : | MAGISTRATE NO. 07-0490M-01 (CR) |
| PHILLIP DAVIS, | : | |
| BRIAN DAVIS, | : | VIOLATIONS:  18 U.S.C. § 2113(a) |
| Defendants. | : | (Bank Robbery); |
| | : | 18 U.S.C. § 2 |
| | : | (Aiding and Abetting) |

**INDICTMENT**

The Grand Jury charges that:

**COUNT ONE**

On or about September 4, 2007, in the District of Columbia, the defendant, **PHILLIP DAVIS,** by force, violence and intimidation, did take from the person or presence of another money belonging to and in the care, custody, control, management, and possession of the Chevy Chase Bank, a bank whose deposits were then insured by the Federal Deposit Insurance Corporation.

(**Bank Robbery**, in violation of Title 18, United States Code, Section 2113(a)).

**COUNT TWO**

On or about September 10, 2007, in the District of Columbia, the defendant, **BRIAN DAVIS,** by force, violence and intimidation, did take from the person or presence of another money belonging to and in the care, custody, control, management, and possession of the PNC  Bank, a bank whose deposits were then insured by the Federal Deposit Insurance Corporation.

(**Bank Robbery**, in violation of Title 18, United States Code, Section 2113(a)).

## COUNT THREE

On or about September 17, 2007, in the District of Columbia, the defendant, **PHILLIP DAVIS,** by force, violence and intimidation, did attempt to take from the person or presence of another money belonging to and in the care, custody, control, management, and possession of the Wachovia Bank, a bank whose deposits were then insured by the Federal Deposit Insurance Corporation.

(**Bank Robbery**, in violation of Title 18, United States Code, Section 2113(a)).

## COUNT FOUR

On or about September 17, 2007, in the District of Columbia, the defendants, **PHILLIP DAVIS and BRIAN DAVIS,** by force, violence and intimidation, did take from the person or presence of another money belonging to and in the care, custody, control, management, and possession of the PNC Bank, a bank whose deposits were then insured by the Federal Deposit Insurance Corporation.

(**Bank Robbery and Aiding and Abetting**, in violation of Title 18, United States Code, Sections 2113(a) and 2).

A TRUE BILL:

FOREPERSON.

Attorney for the United States in
and for the District of Columbia