UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CRIMINAL NO. 07-304 (EGS) |
| | : | |
| PHILLIP DAVIS, | : | |
| BRIAN DAVIS, | : | |
| | : | |
| Defendants. | : | |

GOVERNMENT'S MOTION FOR AN ORDER
DIRECTING THE DEFENDANTS TO
SUBMIT TO THE TAKING OF HANDWRITING EXEMPLARS

The United States, by and through its attorney, the United States Attorney for the District of Columbia, hereby moves this Court for an Order directing the defendants to submit to the taking of handwriting exemplars. In support of this motion, the United States states as follows:

1. The defendants currently are charged separately and together in a four-count indictment with attempted and successful bank robberies that occurred in the District of Columbia between September 4, 2007, and September 17, 2007. The defendants also are suspected of attempting to rob a PNC Bank located in Oxon Hill, Maryland, on September 17, 2007. Surveillance footage taken of the assailants at the Oxon Hill PNC Bank shows two individuals who appear to be wearing the same clothes and to have the same physical characteristics as the assailants who robbed the PNC Bank on Pennsylvania Ave., S.E., approximately two hours later, which robbery is charged in Count Four of the indictment in this case. One of the assailants at the Oxon Hill PNC Bank passed a handwritten note to the teller, along with a handwritten deposit slip, demanding money. The note and deposit slip later were recovered by the police.

2.      The government requests that the Court order the defendants to provide handwriting exemplars to law enforcement agents so that a handwriting expert can compare the defendants' handwriting to the handwriting on the aforementioned demand note. It is well settled that the Court has the authority to order a defendant to produce his body for the purpose of obtaining such handwriting exemplars. *Gilbert v. California*, 388 U.S. 263, 265-7 (1967). *See also, Lewis v. United States*, 382 F.2d 817 (D.C. Cir.), *cert. denied*, 389 U.S. 962 (1967).

WHEREFORE, the United States moves this Court for an Order directing the defendants to submit to the taking of handwriting exemplars by Special Agents of the Federal Bureau of Investigation.

Respectfully submitted,

JEFFREY A. TAYLOR
United States Attorney

/s/
ANGELA G. SCHMIDT
Assistant United States Attorney
Texas Bar No. 17764980
555 4th Street, N.W., 4th Floor
Washington, D.C. 20530
(202) 514-7273
Angela.Schmidt@usdoj.gov

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | CRIMINAL NO. 07-304 (EGS) |
| : | |
| PHILLIP DAVIS, : | |
| BRIAN DAVIS, : | |
| : | |
| Defendants. : | |

**O R D E R**

Upon motion of the government in the above-captioned case for the defendants to submit to the taking of handwriting exemplars, and the Court having given consideration to the representations made and the authorities cited, it is hereby ORDERED:

That the defendants, Phillip Davis and Brian Davis, submit to the taking of handwriting exemplars by Special Agents of the Federal Bureau of Investigation upon request at any reasonable time at their place of confinement or such other place as is mutually agreeable to the assigned agents and the United States Marshals Service.

Dated: _____        _____
                                    EMMET G. SULLIVAN
                                    United States District Court Judge