UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES** | : | |
| | : | |
| v. | : | Cr. No. 07-304 (EGS) |
| | : | |
| **PHILLIP DAVIS,** | : | |
| **BRIAN DAVIS,** | : | |
| | : | |
| Defendants. | : | |

## PROPOSED ORDER TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT

Pursuant to the Court's request, the United States, by and through its attorney, the United States Attorney for the District of Columbia, respectfully proposes the attached Order to exclude time within which the trial must commence in the above-captioned case.

Respectfully submitted,

JEFFREY A. TAYLOR
United States Attorney
D.C. Bar No. 498610

By: _____

ANGELA G. SCHMIDT
Assistant United States Attorney
Texas Bar No. 17764980
Federal Major Crimes Section
555 4th Street, N.W., 4th Floor
Washington, D.C.  20530
(202) 514-7273
Angela. Schmidt@usdoj.gov

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES : | |
| : | |
| v.      : | Cr. No. 07-304 (EGS) |
| : | |
| PHILLIP DAVIS, : | |
| BRIAN DAVIS, : | |
| : | |
| Defendants. : | |

## ORDER

Upon oral motion of both defendants to exclude forty (40) days in computing the time within which trial must commence in the instant case, and in order to provide counsel reasonable time necessary for effective preparation, the Court finds that the ends of justice are best served and outweigh the best interest of the public and the defendants in a speedy trial. Accordingly, it is hereby

**ORDERED,** that pursuant to the provisions of the "Speedy Trial Act of 1974" (Title 18, United States Code, § 3161(h)(8)(A)), the forty (40) days from December 1, 2007, through January 9, 2008, hereby are excluded from the time in which trial of this case must commence.

_____
EMMET G. SULLIVAN
United States District Court Judge