UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br> ) <br> v.   ) <br> ) <br> Brian Davis   ) <br>             Defendant.   ) <br> ) | Criminal No. 07-304-2 (EGS) <br><br> **FILED** <br> NOV 30 2007 <br> NANCY MAYER WHITTINGTON, CLERK <br> U.S. DISTRICT COURT |

### O R D E R

Upon careful consideration of defendant's request, the United States Marshal Service and the Department of Corrections are directed to house Brian Davis _____ at Central Treatment Facility until further Order of this Court.

11/30/07
DATE

EMMET G. SULLIVAN
UNITED STATES DISTRICT JUDGE

