UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CRIMINAL NO. 07-304 (EGS) |
| | : | |
| PHILLIP DAVIS, | : | |
| BRIAN DAVIS, | : | **FILED** |
| | : | |
| Defendants. | : | JAN - 9 2008 |
| | | NANCY MAYER WHITTINGTON, CLERK |
| | | U.S. DISTRICT COURT |

**ORDER**

Upon motion of the government in the above-captioned case for the defendants to submit to the taking of handwriting exemplars, and the Court having given consideration to the representations made and the authorities cited, it is hereby ORDERED:

That the defendants, Phillip Davis and Brian Davis, submit to the taking of handwriting exemplars by Special Agents of the Federal Bureau of Investigation upon request at any reasonable time at their place of confinement or such other place as is mutually agreeable to the assigned agents and the United States Marshals Service. Defense counsel may observe the taking of the exemplars.

Dated: 1/09/08

_____
EMMET G. SULLIVAN
United States District Court Judge