**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

UNITED STATES
    Plaintiff,

  vs.                                          Criminal No. 07-304 (EGS)

BRIAN DVIS
    Defendant.

**ORDER**

    The U.S. Probation Department shall prepare and file a pre-sentence report by no later than **NOVEMBER 25, 2008**; defendant's memorandum lf law, if any shall be filed by no later than **DECEMBER 2, 2008**; the Government's memorandum of law, if any shall be due by no later than **DECEMBER 9, 2008**, and it is further

    ORDERED that the defendant shall be sentenced in Courtroom Number 24A, 4th Floor on **DECEMBER 16, 2008 AT 12:30 P.M.**

    IT IS SO ORDERED.

    DATE: July 29, 2008    EMMET G. SULLIVAN
                                          UNITED STATES DISTRICT JUDGE